| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF PUERTO RICO | |
| Case number *(if known)* | Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | ST. AGUSTIN HOUSING ASSOCIATES, L.P. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  ST Augustin Housing Associates, L.P. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 66-0569819 |
| 4. | Debtor's address | **Principal place of business**<br><br>358 Calle San Agustin<br>San Juan, PR 00901-2906<br>Number, Street, City, State & ZIP Code<br><br>San Juan<br>County | **Mailing address, if different from principal place of business**<br><br>1066 Avenida Fernandez Juncos<br>San Juan, PR 00907<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor    **ST. AGUSTIN HOUSING ASSOCIATES, L.P.**     Case number (*if known*) _____
        Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ■ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship | |
    |---|---|---|---|
    | District | When | Case number, if known | |

Debtor **ST. AGUSTIN HOUSING ASSOCIATES, L.P.**     Case number (*if known*) _____
     Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

### ▓ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  ST. AGUSTIN HOUSING ASSOCIATES, L.P.  Case number (if known) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 2, 2025**
            MM / DD / YYYY

X /s/ Carmen J Miranda Reverón
Signature of authorized representative of debtor

Carmen J Miranda Reverón
Printed name

Title  **President**

**18. Signature of attorney**

X /s/ Rafael A. González Valiente
Signature of attorney for debtor

Date  **June 2, 2025**
      MM / DD / YYYY

Rafael A. González Valiente
Printed name

**Godreau & Gonzalez Law**
Firm name

**Calle McCleary 1806**
**Suite 1-B**
**San Juan, PR 00902**
Number, Street, City, State & ZIP Code

Contact phone  **(787) 726-0077**    Email address  **rgv@g-glawpr.com**

**225209**
Bar number and State

Fill in this information to identify the case:

Debtor name    ST. AGUSTIN HOUSING ASSOCIATES, L.P.

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................................... $    0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................................... $    0.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................................ $    0.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $    0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    336,345.20

4. **Total liabilities** ....................................................................................................................................... $    336,345.20
Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name: ST. AGUSTIN HOUSING ASSOCIATES, L.P.
United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A A A<br>PO Box 7335<br>San Juan, PR 00916 | | | | | | $301,174.47 |
| Advance Source Inc<br>Urb Las Lomas<br>807 Ave San Patricio<br>San Juan, PR 00921-1311 | | Professional services | | | | $200.00 |
| BES Exterminating Corp.<br>PO Box 3717<br>Bayamon, PR 00958-0717 | | Exterminating - Professional services | | | | $345.00 |
| Carlos Hernandez<br>Urb Jose Severo<br>EE-6 Calle Sanchez Rohena<br>Carolina, PR 00985 | | Handyman | | | | $1,500.00 |
| Carmen J Miranda<br>1066 Ave Ferndenz Juncos<br>San Juan, PR 00907 | | Professional services | | | | $4,500.00 |
| Daniel Ramirez<br>922 J Hill de la Madrid<br>San Juan, PR 00924 | | Professional services | | | | $1,600.00 |
| Elvin A Rosa Miranda<br>1066 Ave Fernandez Juncos<br>San Juan, PR 00907 | | Professional Services | | | | $11,500.00 |
| Financial Group<br>PO Box 23063<br>San Juan, PR 00931-3063 | | Accounting services | | | | $2,000.00 |

Debtor **ST. AGUSTIN HOUSING ASSOCIATES, L.P.**  Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fire Security<br>PO Box 190502<br>San Juan, PR<br>00919-0502 | | Contract<br>Fire extinguisher services | | | | $8,500.00 |
| Font Insurance<br>1225 Ponce de Leon<br>Suite 902<br>San Juan, PR 00907 | | Insurance | | | | $1,200.00 |
| Husaff Reyes<br>1066 Ave Fernandez<br>Juncos<br>San Juan, PR 00907 | | Professional services | | | | $1,200.00 |
| Luma Energy<br>PO Box 363508<br>San Juan, PR<br>00936-3508 | | Electricity | | | | $490.14 |
| Luma Energy<br>PO Box 363508<br>San Juan, PR<br>00936-3508 | | Electricity | | | | $2,135.59 |

**Fill in this information to identify the case:**

Debtor name: **ST. AGUSTIN HOUSING ASSOCIATES, L.P.**

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 2, 2025**       X /s/ **Carmen J Miranda Reverón**
                                   Signature of individual signing on behalf of debtor

                                   **Carmen J Miranda Reverón**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

**United States Bankruptcy Court**
**District of Puerto Rico**

In re    ST. AGUSTIN HOUSING ASSOCIATES, L.P.      Case No. _____
                                                     Debtor(s)      Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 2, 2025**                          /s/ Carmen J Miranda Reverón
                                                                       **Carmen J Miranda Reverón/President**
                                                                       Signer/Title

## CORPORATE RESOLUTION

I HEREBY CERTIFY that on a meeting of the Board of Directors of the corporation ST AGUSTIN HOUSING ASSOCIATES, L.P., which was called for and notified in accordance with the Corporate Bylaws, and for which duly quorum existed, having taking place said meeting on June 2, 2025, it was agreed and unanimously voted to approve the following Corporate Resolution:

**WHEREAS:** The Puerto Rico Aqueduct and Sewer Authority has threatened to discontinue providing water service to ST AGUSTIN HOUSING ASSOCIATES, L.P. for an incorrectly assessed service debt.

**WHEREAS:** The Board of Directors recognizes that the financial position of ST AGUSTIN HOUSING ASSOCIATES, L.P. is untenable in view of the situation.

**WHEREAS:** The Board of Directors has determined that the best way of resolving the precarious financial situation of ST AGUSTIN HOUSING ASSOCIATES, L.P., is the filing of bankruptcy petition.

It was therefore **RESOLVED:**

1. That it is in the best interest of ST AGUSTIN HOUSING ASSOCIATES, L.P. to file for bankruptcy for the organized restructuring of its finances.

2. That ST AGUSTIN HOUSING ASSOCIATES, L.P. is dully authorized to file a bankruptcy petition.

3. That Carmen J. Miranda Reverón is authorized to take the necessary actions and sign the necessary documents, motions and requests in order to file the bankruptcy petition in representation of ST AGUSTIN HOUSING ASSOCIATES, L.P.

4. That Carmen J. Miranda Reverón is authorized to represent ST AGUSTIN HOUSING ASSOCIATES, L.P. in any hearings or before any Trustee in the bankruptcy process.

5. That ST AGUSTIN HOUSING ASSOCIATES, L.P. is authorized to take the necessary actions to file the reorganization the corporation, including but not limited to the retention of professionals, signing of schedules and attend the 341 meeting of creditors.

**IN WITNESS HEREOF** I place the seal of the Corporation to this Resolution this 2nd day of June of 2025.

CARMEN J. MIRANDA REVERÓN
*President*